**FILED**
June 16, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DANIEL HARRISON, ) <br> ) <br> Defendant. ) | Case No. 2:10-cr-223 JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Daniel Harrison</u> Case <u>2:10-cr-223 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured bond in the amount of $150,000 to be cosigned by defendant's brother and at least one other responsible member of the community by 6/25/10.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>6/16/2010</u>   at   2:50 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge