HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
970 Reserve Drive, Suite 153
Roseville, California 95678
Telephone: (916) 622-1703
email: chrishaydn@sbcglobal.net


Attorney for Defendant
DANIEL HARRISON



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 10-223 JAM |
| Plaintiff, | WAIVER OF <u>DEFENDANT'S PRESENCE</u> |
| v. | |
| DANIEL HARRISON, | |
| Defendant. | |
| _____ | |

    Defendant, DANIEL HARRISON, hereby waives the right to be in person in open court upon the hearing of any motion or to his proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further

agrees to be present in person in court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: June 16th, 2010

<u>Christopher Haydn-Myer /s/</u>
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
DANIEL HARRISON

DATED: June 16th, 2010          I consent to the above waiver of presence.

<u>Christopher Haydn-Myer for</u>
DANIEL HARRISON
Original in file.

DATED: June 29, 2010

I approve the above waiver of presence.

<u>/s/ John A. Mendez</u>  _____
JOHN A. MENDEZ
United States District Court Judge

2