LAW OFFICES OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
DANIEL HARRISON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>DANIEL HARRISON,<br><br>             Defendant. | Case No.: Cr.S-10-0223-JAM<br><br>APPLICATION AND ORDER TO CONTINUE SENTENCING TO FEBRUARY 4, 2014<br><br>Hon. John A. Mendez |

This matter is before the Court on December 10th, 2013 at 9:45 a.m. for sentencing.  Counsel for the defense is requesting a continuance to February 4, 2014 at 9:45 a.m. to further prepare for sentencing.  Government counsel, Assistant United States Attorney Philip Ferrari, is not opposing this request.

///

///

///

///

- 1 -

**IT IS ORDERED** that this matter is to be continued from December 10th, 2013, at 9:45 a.m., to February 4, 2014, at 9:45 a.m. for Judgment and Sentencing.

Dated: December 4, 2013

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE