1 | BENJAMIN B. WAGNER
United States Attorney
2 | PHILIP FERRARI
TODD A. PICKLES
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile:  (916) 554-2900

**FILED**

JUN 2 7 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

6

7 | Attorneys for Plaintiff
United States of America

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,            CASE NO.  CR S 10-0223 JAM

13 |                    Plaintiff,        [~~PROPOSED~~] ORDER RE: RESTITUTION

14 |           v.

15 | HODA SAMUEL,
DANIEL HARRISON,

16 |                    Defendants.

17

18 |     The above-referenced matter came before the Court for a hearing on restitution on June 27, 2014.

19 | The Court finds the victims identified below suffered losses as a result of the conduct for which the

20 | defendants were convicted.  The Court further finds that a reasonable estimate of the victims' losses has

21 | been proven by a preponderance of the evidence.  According, the Court hereby orders that the

22 | defendants shall pay restitution as follows:

23 |     Defendant Hoda Samuel shall pay restitution to the following victims in the identified amounts:

24 |     Federal Deposit Insurance Corporation:  $2,176,500.

25 |     Wells Fargo Bank (Series 2006-OPT3), C/O Sand Canyon Corporation: $174,522.49.

26 |     U.S. Bank (Series 2006-Z), C/O Sand Canyon Corporation: $193,025.74.

27 |     U.S. Bank (Series 2006-BC6), C/O Sand Canyon Corporation: $166,043.47.

28 |     Citibank (Series2007-HE2), C/O Sand Canyon Corporation: $187,965.01.

[PROPOSED] ORDER RE: RESTITUTION           1

1    Wells Fargo Bank (Series 2007-3), C/O Sand Canyon Corporation: $72,561.38

2    Wells Fargo Bank (Series 2007-4), C/O Sand Canyon Corporation: $58,794.55

3                                         Total: $3,029,412.64.

4    Defendant Daniel Harrison shall pay restitution to the Federal Deposit Insurance Corporation in

5    the amount of $157,000.

6    The $157,000 owed by defendant Harrison is also owed by defendant Samuel to the FDIC, and

7    the obligation of both defendants Harrison and Samuel with respect to this amount shall be joint and

8    several.

9    The Clerk shall render payments to the following addresses:

10   FDIC Restitution Payments
     P.O. Box 971774
11   Dallas, TX 75397-1774

12   Sand Canyon Corporation
     7595 Irvine Center Drive, Suite 100
13   Irvine, CA 92618

15   IT IS SO FOUND AND ORDERED this 27th day of June, 2014

18   THE HONORABLE JOHN A. MENDEZ
     UNITED STATES DISTRICT JUDGE